Attorney, U.S. Attorney's Office, Lafayette, LA, for Plaintiff–Appellee.

Carol B. Whitehurst, Assistant Federal Public Defender, Federal Public Defender's Office, Western District of Louisiana, Lafayette, LA, for Defendant–Appellant.

Anthony Scott Taylor, Coleman, FL, pro se.

Before HIGGINBOTHAM, GARZA, and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Anthony Scott Taylor on appeal has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Taylor has filed a response in which he plainly states his wish to withdraw his appeal. Taylor's motion for voluntary dismissal is GRANTED; counsel's *Anders* motion is DENIED AS MOOT; and the APPEAL IS DISMISSED. *See* Fed. R.App. P. 42(b).

---

* Pursuant to 5TH Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH Cir R. 47.5.4.

**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Benjamin HARRIS, Defendant–**
**Appellant.**

**No. 10–30673**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 15, 2011.

Susan C. Amundson, U.S. Attorney's Office, Baton Rouge, LA, for Plaintiff–Appellee.

Rebecca Louise Hudsmith, Esq., Federal Public Defender, Federal Public Defender's Office, Western District of Louisiana, Lafayette, LA, for Defendant–Appellant.

Benjamin Harris, Beaumont, TX, pro se.

Before HIGGINBOTHAM, GARZA, and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Benjamin Harris, federal prisoner # 04549–095, has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

---

* Pursuant to 5TH Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH Cir. R. 47.5.4.

Harris has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.